**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHANH CAO, | No. CV 02-2076 GAF (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DON TAYLOR (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>January 14, 2011</u>

_____
GARY A. FEESS
United States District Judge